FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-4689
_____

WALTER LEE WRIGHT,

Petitioner,

v.

JOHN KOLODZIEJ, Warden,
Century Correctional
Institution,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

June 7, 2019

PER CURIAM.

Because Petitioner seeks a belated appeal of an order entered in a civil proceeding, the petition for belated appeal is denied. *See Powell v. Fla. Dep't of Corr.*, 727 So. 2d 1103 (Fla. 1st DCA 1999).

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Walter Lee Wright, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.